PEOPLE v CYNTHIA WHITE, Defendant. [621 NYS2d 982] —Motion for leave to appeal denied. Memorandum: We do not have the authority to grant the requested relief. An order denying a motion pursuant to CPL 190.80 is not appealable to this Court either as of right or by permission *(see,* CPL 450.10, 450.15). Present—Pine, J. P., Balio, Lawton, Wesley and Davis, JJ.

## THIRD DEPARTMENT, NOVEMBER, 1994

(November 2, 1994)*

In the Matter of WAYNE P. SMITH, Appellant, v SCHENECTADY COUNTY BOARD OF ELECTIONS et al., Respondents. [618 NYS2d 588] —Appeal from an amended order and judgment of the Supreme Court (Lynch, J.), entered October 27, 1994 in Schenectady County, which dismissed petitioner's application, in a proceeding pursuant to Election Law § 16-104, to, *inter alia,* direct respondents to make certain changes in the official ballots listing petitioner as the Independent Line Party candidate for the office of Schenectady County Judge in the November 8, 1994 general election.

Amended order and judgment affirmed. No opinion.

Mercure, J. P., Crew III, Casey, Yesawich Jr. and Peters, JJ., concur.

Ordered that the amended order and judgment is affirmed, without costs.

---

* Not published with other Third Department decisions of November, 1994.